BEFORE THE SECOND DIVISION, JULY 20, 1965

No. 69445.—Ford Motor Company v. United States, protests 61/4572, etc. (Detroit).

Opinion by RAO, C.J. In accordance with stipulation of counsel that certain parts in question are similar in all material respects to the merchandise the subject of *United States* v. *Ford Motor Company* (51 CCPA 22, C.A.D. 831), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 21, 1965

No. 69446.—Baldwin Hardware Mfg. Corp. et al. v. United States, protest 64/11114, etc. (Philadelphia).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of brass articles similar in all material respects to those the subject of *Zanin & Son, Inc.* v. *United States* (50 Cust. Ct. 37, C.D. 2385), and Abstract 67834, the claim of the plaintiffs was sustained.

No. 69447.—Daido Corp. et al. v. United States, protests 63/16404, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.